IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PHILLIP PILCHER                                                                           PLAINTIFF

v.                                            Case No. 1:23-cv-1091

DOES and OUACHITA COUNTY
DETENTION CENTER                                                                    DEFENDANTS

## ORDER

    Before the Court is Plaintiff's Motion to Dismiss.  ECF No. 13.  Plaintiff moves the Court to dismiss his claims against Defendants.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 3rd day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
